UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELL YOUNG,

    Plaintiff,

    v.

ANDREW SAUL,

    Defendant.

Case No. 19-cv-01965-PJH

**JUDGMENT**

    This action having come before the court on the parties' cross-motions for summary judgment, and the court having **GRANTED** plaintiff's motion and **DENIED** defendant's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case.

    **IT IS SO ORDERED.**

Dated: June 29, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge